UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Criminal Action No. 13-cr-00212-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.  FRANCISCO JAVIER PEREZ-PEREZ,

       Defendant.

---

## ORDER AND NOTICE OF CHANGE OF PLEA AND SENTENCING HEARINGS

---

       THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#13)** on June 20, 2013, by Defendant.  The Court construes this Notice as a motion to change his/her plea and to have the Court consider the terms of the parties' plea agreement.

       **IT IS THEREFORE ORDERED** that:

1.     Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2.     A Change of Plea hearing is set for **July 22, 2013,** at **2:30 p.m.** and a Sentencing hearing is set for **October 30, 2013**, at **10:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.[1]

3.     The final trial preparation conference set for July 26, 2013, and the July 29, 2013,

---

[1] In criminal cases originating from the Grand Junction or Durango Jury Divisions of this Court, counsel shall be prepared to advise the Court at the time of the change of plea hearing whether a written request to have the sentencing hearing conducted at the courthouse in either  Grand Junction or Durango will be filed. *See Administrative Order 2007-8.*

trial date are **VACATED**.

DATED this 28ᵗʰ day of June, 2013.

BY THE COURT:

Marcia S. Krieger
Chief United States District Judge